```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :      ORDER

            -v.-                   :      11 Cr. 520 (LMM)

SAGRARIO ISABEL AGUASVIVAS LORA,   :

            Defendant.             :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2011

*Conference adjourned to 8/23/11 4:00 p.m.*

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Alvin L. Bragg, Jr., of counsel, it is hereby ORDERED that the time from today's date through 8/23/11, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit the parties an opportunity to engage in discussions about a possible disposition of this matter.

SO ORDERED.

_____
HON. LAWRENCE M. MCKENNA

Dated: New York, New York
       July 25, 2011